IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES D. PITTS                                        PLAINTIFF

v.                    Civil No. 04-4137

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

## **JUDGMENT**

On this 15th day of November, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Charles D. Barnette, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $1,414.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                        /s/Bobby E. Shepherd
                                                       Honorable Bobby E. Shepherd
                                                       United States Magistrate Judge